Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-11376

**Caption:**

BLAKE WARNER
Plaintiff-Appellant

v.

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA
Defendant-Appellee

District and Division: Middle District of Florida Tampa Division
Name of Judge: Merryday
Nature of Suit: Civil Rights Education
Date Complaint Filed: January 26, 2023
District Court Docket Number: 8:23-181-SDM-LSG
Date Notice of Appeal Filed: April 22, 2025
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☑ Yes  ☐ No
If Yes, provide
(a) Caption: Warner v. Hillsborough County Schoolboard, Florida
(b) Citation: Blake Warner v. School Board of Hillsborough County, Florida, 23-12411, (11th Cir.)
(c) Docket Number: 23-12411

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Blake Warner (pro se) | 2211 S Village Ave<br>Tampa, FL 33612 | (212) 542-0055 |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Jason Margolin | AKERMAN LLP<br>401 E. Jackson Street,<br>Suite 1700<br>Tampa, Florida 33602 | (813) 223-7333 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ Unspecified<br>Amount Sought by Defendant:<br>$ None<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent    ☐ Denied |

Page 2                                                                 11th Circuit Docket Number: __25-11376_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☑Yes   ☐No
    What is the issue you claim is one of First Impression? _Whether a School Board can be liable under the Fair Housing Act for discriminatory school assignments_
    _Whether the due process clause protects the school choice application process._

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

    If Yes, provide
    (a) Case Name/Statute _Fair Housing Act_____
    (b) Citation _42 USC 3601 et seq_____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☐Yes   ☑No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐Yes   ☑No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☑Yes   ☐No
    (b) Among circuits?   ☑Yes   ☐No

    If Yes, explain briefly:   whether the "totality of the circumstances" is the correct test for whether a civil rights release was knowingly and voluntarily made. The Court below conflicts with:
    W. B. v. Matula, 67 F.3d 484 (3d Cir. 1995)
    and
    Duvall v. Sun-Sentinel Co., No. 12-62497-CIV-SCOLA (S.D. Fla. July 1, 2013)

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether discriminatory school district boundary practices that affect housing prices can violate FHA § 3604(a). Whether school assignments constitute "services or facilities" under FHA § 3604(b). Whether the settlement agreement is enforceable and bars appellant's claims. Whether the due process clause protects school choice applications. Whether appellant has standing. Whether procedural errors occurred in: Denying discovery, Converting the motion without being heard, Ruling on unraised argument/ party presentation principle. Whether civil rights can be prospectively waived.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _24_____ DAY OF _April_____, _2024_____.

Blake Warner (pro se)                                          /s/blake warner
_____                _____
NAME OF COUNSEL (Print)                                        SIGNATURE OF COUNSEL