August 14, 2025

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re: Warner v. School Board of Hillsborough County, Florida, No. 25-11376**

Dear Mr. Smith:

I write as the *pro se* appellant in the above-referenced matter to inform the Court that, should it determine that appointment of counsel is appropriate for any portion of these appellate proceedings—particularly for oral argument if granted—I would willingly and gratefully accept such an appointment. The Court may appoint counsel in civil matters in the interest of justice under its inherent authority and pursuant to Addendum Five to the Eleventh Circuit Rules (Non-Criminal Justice Act Counsel Appointments).

Although I have proceeded *pro se* to this point, I recognize that certain issues presented in my appeal involve complex and novel questions of law that could benefit from the skill and perspective of experienced appellate counsel. For example, this appeal raises questions of first impression in this Circuit concerning:

1. Whether the Fair Housing Act applies to racially discriminatory school assignment boundaries that perpetuate residential segregation;

2. Whether the "totality of the circumstances" test is the correct framework to evaluate whether the waiver of § 1983 civil rights was knowingly and voluntarily made; and

3. Whether the Due Process Clause protects the application process for state-created school choice programs.

These questions implicate legal principles that extend beyond the immediate interests of the parties and may have substantial implications for similarly situated individuals and communities across the Circuit.

Accordingly, I respectfully note for the Court's consideration that, under Federal Rule of Appellate Procedure 29(a)(2), the Court may invite an *amicus curiae* to file a brief addressing discrete points of law that could affect a broad population beyond this case. Such targeted assistance could illuminate the broader public and legal context of the issues, in addition to aiding the Court's resolution of the specific dispute before it.

I further note that the appellees have indicated they do not oppose the appointment of counsel or the participation of *amicus curiae* in this matter.

I submit this letter for the Court's information and to ensure that, should the Court conclude that representation or targeted *amicus* participation would be beneficial, there is no barrier to proceeding with such an appointment or invitation.

Thank you for your attention to this matter.

Respectfully submitted,

**Blake Warner**
*pro se* Appellant
2211 S. Village Avenue
Tampa, FL 33612
blake@null3d.com
(212) 542-0055