# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11376

_____

BLAKE WARNER,

*Plaintiff-Appellant,*

*versus*

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00181-SDM-LSG

_____

ORDER:

Appellant's Motion to Certify Question to the Florida Supreme Court is DENIED as moot.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

2                           Order of the Court                    25-11376

ENTERED FOR THE COURT - BY DIRECTION