# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-181-SDM-LSG

# Notice of Appeal to
# the Eleventh Circuit Court of Appeals

Plaintiff, Blake Warner, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Order dated March 24, 2025 (Doc. 120)[1]—including all interlocutory orders, Order dated June 7, 2024 (Doc. 78)[2], Magistrate Report and Recommendation dated February 29, 2024 (Doc. 72)[3], and Magistrate Report and Recommendation dated January 14, 2025 (Doc. 112)[4]

---

[1] "ORDER adopting [112]–report and recommendation; denying [106]–motion to stay summary judgment; granting [86]–motion for summary judgment; denying as moot [93]–motion to compel; denying as moot [85]–motion to strike; directing the clerk to enter judgment for the school board and against Blake Warner; directing the clerk to close the case. Signed by Judge Steven D. Merryday on 3/24/2025. (DJL)"

[2] "ORDER adopting 72–report and recommendations; granting-in-part 45–motion to dismiss; denying without prejudice 40–motion for preliminary injunction. Signed by Judge Steven D. Merryday on 6/7/2024. (WBW) (Entered: 06/07/2024)"

[3] REPORT AND RECOMMENDATIONS re 45 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by School Board of Hillsborough County, Florida; 38 Amended Complaint filed by Blake Andrew Warner; 40 MOTION for Preliminary Injunction filed by Blake Andrew Warner. Signed by Magistrate Judge Julie S. Sneed on February 29, 2024. (PNT) (Entered: 02/29/2024)

[4] REPORT AND RECOMMENDATIONS re 106 Motion to Stay Summary Judgment under Rule 56(d) filed by

1

|  |  |
|---|---|
| April 22, 2025 | /s/blake warner |
| Date | Signature |

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

---

Blake Andrew Warner, 86 MOTION for Judgment on the Pleadings as to Plaintiff's Third Amended Complaint filed by School Board of Hillsborough County, Florida, 85 MOTION to Strike 82 Answer to amended complaint third affirmative defense filed by Blake Andrew Warner, 93 MOTION to Compel Response to RFI and RFP filed by Blake Andrew Warner. Signed by Magistrate Judge Lindsay S. Griffin on 1/14/2025. (ABC) (Entered: 01/14/2025)